THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO: 5:10-CV-40

| | |
|---|---|
| MICKEY LEE BISSETTE, JR., <br><br> Plaintiff, <br><br> v. <br><br> RAIN & HAIL, L.L.C. and ACE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendants. | **JOINT STATUS REPORT** |

Pursuant to this Court's Order dated October 30, 2012, the parties hereby submit this Joint Status Report informing the Court that in response to the plaintiff's demand for arbitration, the defendants filed a motion for summary judgment along with a supporting memorandum of law and affidavits. The plaintiff also submitted a memorandum of law and affidavits in opposition to the motion. A hearing was held before retired Judge Ralph G. Walker, the Arbitrator, on January 31, 2013. After hearing the arguments of counsel, and reviewing the motion and documents presented, the Arbitrator granted the Defendants' Motion for Summary Judgment on all issues. The arbitration proceedings in this matter have now been concluded and completed.

This the 27 day of February, 2013.

G. Paul Duffy, Jr.
The Law Office of G. Paul Duffy, Jr.
PO Box 9051
Rocky Mount, NC 27804
*Attorney for Plaintiff*

Derek M. Crump
NC State Bar No. 15818
Brown, Crump, Vanore & Tierney, L.L.P.
P.O. Box 1729
Raleigh, NC 27602
Telephone: (919) 835-0909
Facsimile: (919) 835-0915
Email: dcrump@bcvtlaw.com
*Attorney for Defendants*