IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-40-D

| | |
|---|---|
| MICKEY LEE BISSETTE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RAIN & HAIL, L.L.C., and ) | |
| ACE PROPERTY AND CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

In light of the status report of February 27, 2013, the arbitration is complete. The stay entered on September 2, 2011, is DISSOLVED. The clerk shall close the case.

SO ORDERED. This **27** day of February 2013.

JAMES C. DEVER III
Chief United States District Judge